UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MAIN HASTINGS, LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>TARGET CORPORATION; TARGET BRANDS, INC.,<br><br>　　Defendants. | Case No. 2:10-cv-00481<br><br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, Main Hastings, LLC, and Defendants, Target Corporation and Target Brands, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff, Main Hastings, LLC, and Defendants, Target Corporation and Target Brands, Inc., are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**SETTLEMENT AGREEMENT**" and dated March 22, 2011.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SIGNED this 29th day of March, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE